SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CV-642-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., ) <br> ROBERT WADLEY, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHILLIP RADFORD, ET AL., ) <br> ) <br> Defendants. ) | ORDER <br><br> **FILED UNDER SEAL** |

For good cause shown upon the United States of America's Motion for an Extension of Time, it is HEREBY ORDERED that the United States shall have up to and including August 10, 2016, in which to file its election of intervention in this action.

IT IS FURTHER ORDERED that, following its election, the United States shall serve the complaint and summons pursuant to law.

IT IS FURTHER ORDERED that this order be filed under seal.

IT IS FURTHER ORDERED that this action remain under seal up to and including August 10, 2016, or until further order of this court. In addition, all documents, including the related motion and memorandum, as well as this order, shall remain under seal. Copies of any non-ex parte documents shall be provided to the Office of the United States Attorney for the Eastern District of

1

North Carolina and to counsel for the Relator. The United States' memorandum in support of its motion for an extension of time, which the United States filed ex parte, shall remain ex parte and shall not be provided to counsel for the Relator.

SO ORDERED this __5__ day of February, 2016.

JAMES C. DEVER, III
Chief United States District Judge

2