SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CV-642-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., ROBERT WADLEY, M.D., | )<br>)<br>) |
| Plaintiff, | )<br>) ORDER<br>) |
| v. | ) UNDER SEAL<br>) |
| PHILLIP RADFORD, ET AL., | )<br>)<br>) |
| Defendants. | ) |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The complaint, the United States' first and second motions to extend the seal period, the Court's orders granting those motions, the United States' notice of declination, and this order be unsealed.

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. Should Relator pursue this matter further, the parties shall serve all pleadings and motions filed in this action, including

supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. Should Relator pursue this matter further, the parties shall serve all notices of appeal upon the United States;

6. Should Relator pursue this matter further, all orders of this Court shall be sent to the United States; and that

7. Should Relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This __6__ day of __February__, 2017.

*[signature]*
JAMES C. DEVER III
Chief United States District Judge